# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BACKHOUSE, et al., <br> Plaintiffs, <br> v. <br> ANDREW WEISS, et al., <br> Defendants. | CASE NO. 5:17-CV-00357-DSF (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the Complaint is dismissed without leave to amend and this action dismissed with prejudice.

DATED: 10/13/17

DALE S. FISCHER
U.S. DISTRICT JUDGE